UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Mag. No. 18-6083 (SCM) |
| | : | |
| HAKIM R. MCKINNEY | : | **CONTINUANCE ORDER** |

This matter having been opened to the Court by Craig Carpenito, United States Attorney for the District of New Jersey (by Mary E. Toscano, Assistant United States Attorney), and the Defendant Hakim R. McKinney (by John Yauch, Assistant Federal Public Defender), for an order granting this request for a continuance of the proceedings in the above-captioned matter from the date this Order is signed through September 30, 2018, to allow the defendant to enter a guilty plea; and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his arrest pursuant to 18 U.S.C. § 3161(b); and two prior continuances having been entered; and the defendant, through his attorney, having consented to the continuance and waived such right, and for good and sufficient cause shown, the Court; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    1.    The parties have entered into a plea agreement and both parties seek additional time to allow the defendant to enter his guilty plea, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

    2.    Defendant has consented to the aforementioned continuance.

    3.    The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this __21__ day of August 2018,

ORDERED that the proceedings in the above-captioned matter are continued from the date this order is signed through and including September 30, 2018.

ORDERED that the period from the date this Order is signed through and including September 30, 2018 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE STEVEN C. MANNION
United States Magistrate Judge

18mj6083

Consented and Agreed to by:

_John H. Yauch_
John Yauch, Esq.
Counsel for Defendant

_Mary E. Toscano_
Mary E. Toscano
Assistant United States Attorney

RECEIVED IN THE CHAMBERS OF

AUG 2 1 2018

TIME:_____M
HON. STEVEN C. MANNION, U.S.M.J.